Case 21-12250-amc    Doc 7    Filed 08/19/21    Entered 08/20/21 00:38:24    Desc Imaged
Certificate of Notice    Page 1 of 5

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joshua L. Figueroa-DiCupe  
    Debtor

Case No. 21-12250-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 17, 2021     Form ID: 309A     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua L. Figueroa-DiCupe, 6639 Erdrick Street, Philadelphia, PA 19135-2601 |
| 14629742 | + | AT & T Universal, Dept. 555, PO Box 4115, Concord, CA 94524-4115 |
| 14629747 | + | Corrine Kandris, 832 N.W. B Street, Richmond, IN 47374-4062 |
| 14629749 | + | David Spitofsky, Esq., 516 Swede Street, Norristown, PA 19401-4807 |
| 14629752 | | Florida Power & Lights, C/O IC Systems, PO Box 64378, Marble, MN 55764 |
| 14629753 | + | New York State DMV, 6 Empire State Plaza, Albany, NY 12228-0001 |
| 14629754 | + | PA Turnpike, C/O PAM, PO Box 430, Milwaukee, WI 53201-0430 |
| 14629759 | + | PFCU, C/O Penn Credit, PO Box 988, Harrisburg, PA 17108-0988 |
| 14629764 | + | PNC, C/O NES, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14629758 | | Pennsylvania Turnpike Commission, PO Box 788351, Harrisburg, PA 17106 |
| 14629760 | + | Philadelphia Co DRS, 34 S 11th St, Rm 304, Philadelphia, PA 19107-3623 |
| 14629761 | + | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14629763 | + | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14629766 | + | QVC, Nationwide Credit, PO Box 14531, Des Moines, IA 50306-3531 |
| 14629767 | + | Six Flags, C/O Associated Credit Services, PO Box 5171, Westborough, MA 01581-5171 |
| 14629768 | + | Sprint, C/O Allied Collection Service, 3090 S Durango Dr, Ste 10, Las Vegas, NV 89117-9191 |
| 14629769 | + | State of Pennsylvania, Division of Taxation, C/O Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14629771 | | Vectren, C/O SRM, 4612 Dundas Drive, Ste 102, Greensboro, NC 27407 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: a.greenberglawfirm@verizon.net | Aug 18 2021 00:10:00 | ANDREW G. GREENBERG, Law Offices of Andrew G. Greenberg, 4400 Route 9 South, Suite 1000, Freehold, NJ 07728 |
| tr | + | EDI: FGARYFSEITZ.COM | Aug 18 2021 04:13:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 18 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 21-12250-amc    Doc 7    Filed 08/19/21    Entered 08/20/21 00:38:24    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: 309A | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 18 2021 00:10:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14629744 | | Email/Text: megan.harper@phila.gov | Aug 18 2021 00:10:00 | City of Philadelphia, Department of Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101 |
| 14629743 | + | EDI: CAPITALONE.COM | Aug 18 2021 04:13:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14629745 | + | Email/Text: bankruptcy@philapark.org | Aug 18 2021 00:10:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14629746 | + | EDI: IIC9.COM | Aug 18 2021 04:13:00 | Comcast, C/O IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14629748 | + | EDI: MID8.COM | Aug 18 2021 04:13:00 | Credit One Bank, C/O Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14629750 | + | Email/Text: bankruptcy@onlineis.com | Aug 18 2021 00:10:00 | Duke Energy, C/O Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 14629751 | + | EDI: AMINFOFP.COM | Aug 18 2021 04:13:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14629755 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 18 2021 00:10:00 | Peco Energy, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14629757 | + | Email/Text: blegal@phfa.org | Aug 18 2021 00:10:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14629765 | + | EDI: CCS.COM | Aug 18 2021 04:13:00 | Progressive Paloverde Insurance, C/O CCS, PO Box 55126, Boston, MA 02205-5126 |
| 14629772 | + | EDI: VERIZONCOMB.COM | Aug 18 2021 04:13:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 14629773 | + | Email/Text: bknotices@mbandw.com | Aug 18 2021 00:10:00 | Verizon, C/O McCarthy Burgess Wolff, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 14629774 | + | EDI: DCI.COM | Aug 18 2021 04:13:00 | Victoria's Secret, C/O Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14629775 | + | Email/Text: megan.harper@phila.gov | Aug 18 2021 00:10:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14629762 | *+ | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14629756 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 14629770 | ##+ | Trapp Law LLC, 1512 N Delaware Street, Indianapolis, IN 46202-2419 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 17, 2021 | Form ID: 309A | Total Noticed: 38 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                     Signature:         /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joshua L. Figueroa–DiCupe<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8988 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7    8/16/21 |
| Case number: | 21–12250–amc | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua L. Figueroa–DiCupe | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6639 Erdrick Street<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | ANDREW G. GREENBERG<br>Law Offices of Andrew G. Greenberg<br>4400 Route 9 South, Suite 1000<br>Freehold, NJ 07728 | Contact phone 732–236–4375<br><br>Email: a.greenberglawfirm@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | Contact phone 215–238–0011<br><br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/17/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/22/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                   page **2**