**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joshua L. Figueroa-DiCupe          CHAPTER 7
                Debtor(s)

                                                BKY. NO. 21-12250 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                                     Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                         Rebecca Solarz
                                         19 Aug 2021, 17:20:48, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322