Certificate Number: 14912-PAE-DE-036136508

Bankruptcy Case Number: 21-12250



14912-PAE-DE-036136508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2021, at 1:22 o'clock PM EST, Joshua Figueroa-Dicupe completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 13, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor