United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12250-amc
Joshua L. Figueroa-DiCupe  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 29, 2021 | Form ID: 318 | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua L. Figueroa-DiCupe, 6639 Erdrick Street, Philadelphia, PA 19135-2601 |
| 14629742 | + | AT & T Universal, Dept. 555, PO Box 4115, Concord, CA 94524-4115 |
| 14629747 | + | Corrine Kandris, 832 N.W. B Street, Richmond, IN 47374-4062 |
| 14629749 | + | David Spitofsky, Esq., 516 Swede Street, Norristown, PA 19401-4807 |
| 14629752 | | Florida Power & Lights, C/O IC Systems, PO Box 64378, Marble, MN 55764 |
| 14629753 | + | New York State DMV, 6 Empire State Plaza, Albany, NY 12228-0001 |
| 14629754 | + | PA Turnpike, C/O PAM, PO Box 430, Milwaukee, WI 53201-0430 |
| 14629759 | + | PFCU, C/O Penn Credit, PO Box 988, Harrisburg, PA 17108-0988 |
| 14631260 | + | PHFA, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14629758 | | Pennsylvania Turnpike Commission, PO Box 788351, Harrisburg, PA 17106 |
| 14629760 | + | Philadelphia Co DRS, 34 S 11th St, Rm 304, Philadelphia, PA 19107-3623 |
| 14629761 | + | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14629763 | + | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14629766 | + | QVC, Nationwide Credit, PO Box 14531, Des Moines, IA 50306-3531 |
| 14629767 | + | Six Flags, C/O Associated Credit Services, PO Box 5171, Westborough, MA 01581-5171 |
| 14629768 | + | Sprint, C/O Allied Collection Service, 3090 S Durango Dr, Ste 10, Las Vegas, NV 89117-9191 |
| 14629769 | + | State of Pennsylvania, Division of Taxation, C/O Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14629771 | | Vectren, C/O SRM, 4612 Dundas Drive, Ste 102, Greensboro, NC 27407 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 29 2021 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 29 2021 23:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14629744 | | Email/Text: megan.harper@phila.gov | Nov 29 2021 23:57:00 | City of Philadelphia, Department of Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101 |
| 14629743 | + | EDI: CAPITALONE.COM | Nov 30 2021 05:03:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14629745 | + | Email/Text: bankruptcy@philapark.org | Nov 29 2021 23:57:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14629746 | + | EDI: IIC9.COM | Nov 30 2021 05:03:00 | Comcast, C/O IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14629748 | + | EDI: MID8.COM | Nov 30 2021 05:03:00 | Credit One Bank, C/O Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: 318 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 14629750 | + | Email/Text: bankruptcy@onlineis.com | Nov 29 2021 23:57:00 | Duke Energy, C/O Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 14629751 | + | EDI: AMINFOFP.COM | Nov 30 2021 05:03:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14629764 | + | EDI: NESF.COM | Nov 30 2021 05:03:00 | PNC, C/O NES, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14629755 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 29 2021 23:57:00 | Peco Energy, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14630978 | + | EDI: PENNDEPTREV | Nov 30 2021 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14630978 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2021 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14629757 | + | Email/Text: blegal@phfa.org | Nov 29 2021 23:57:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14629765 | + | EDI: CCS.COM | Nov 30 2021 05:03:00 | Progressive Paloverde Insurance, C/O CCS, PO Box 55126, Boston, MA 02205-5126 |
| 14629772 | + | EDI: VERIZONCOMB.COM | Nov 30 2021 05:03:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 14629773 | + | Email/Text: bknotices@mbandw.com | Nov 29 2021 23:57:00 | Verizon, C/O McCarthy Burgess Wolff, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 14629774 | + | EDI: DCI.COM | Nov 30 2021 05:03:00 | Victoria's Secret, C/O Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14629775 | + | Email/Text: megan.harper@phila.gov | Nov 29 2021 23:57:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14629762 | *+ | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14629756 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 14629770 | ##+ | Trapp Law LLC, 1512 N Delaware Street, Indianapolis, IN 46202-2419 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2021     Signature:     /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: 318 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2021 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW G. GREENBERG

on behalf of Debtor Joshua L. Figueroa-DiCupe a.greenberglawfirm@verizon.net

GARY F. SEITZ

on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net

GARY F. SEITZ

gseitz@gsbblaw.com gfs@trustesolutions.net

REBECCA ANN SOLARZ

on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joshua L. Figueroa–DiCupe<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8988<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–12250–amc | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Joshua L. Figueroa–DiCupe

<u>11/28/21</u>                                                                 **By the court:**   <u>Ashely M. Chan</u>
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**                    page 2